IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH,                )<br>                                )<br>     Plaintiff,               )<br>                                )           CIVIL ACTION NO.<br>     v.                         )             2:22cv196-MHT<br>                                )                  (WO)<br>CITY OF MONTGOMERY,             )<br>ALABAMA, et al.,                )<br>                                )<br>     Defendants.                ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 11) is adopted.

(2) This lawsuit is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted, for failure to comply with the court's orders, and in accordance with the court's inherent authority to manage its docket to secure the orderly and expeditious

disposition of the cases on its docket.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of November, 2023.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE